UNITED STATES of America,
Plaintiff–Appellee,

v.

Gwenda F. GREEN, Defendant–
Appellant.

No. 08–13979

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 1, 2009.

Gwenda F. Green, Coleman, FL, pro se.

Michelle Thresher Taylor, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

---

Before CARNES, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Maurice Grant, appointed counsel for Gwenda Green in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Green's conviction and sentence are **AFFIRMED.**